IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEFAN E. EVANS,

      Petitioner,                                No. CIV S-11-1018 GGH P

    vs.

UNKNOWN,

      Respondent.                          ORDER

_____/

        Petitioner, a state prisoner at Kern Valley State Prison, filed a document styled "motion," seeking an extension of time to file an application for writ of habeas corpus.[1] No other pleadings have been filed by the petitioner. On April 22, 2011, plaintiff was informed that he must file an actual petition or this action would be dismissed. On May 27, 2011, petitioner withdrew his filing and has not yet filed a petition with the court. Therefore, this action is dismissed without prejudice.

////

////

////

---

[1] Petitioner has consented to the jurisdiction of the undersigned. Doc. 5.

1

1   In accordance with the above, IT IS HEREBY ORDERED that this action is
2  dismissed without prejudice.
3  DATED: July 7, 2011
4                                         /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE
5  GGH: AB
   evan1018.dis